In the Matter of the Application of JOSEPH E. HAIKEN against ALBERT MARINELLI, County Clerk of the County of New York, State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration between NEWS PROJECTION CORPORATION and TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, under Agreement, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRISH FREE STATE v. GUARANTY SAFE DEPOSIT COMPANY and Others, Impleaded with EAMON DE VALERA and Another, Trustees, J. EDWARD MURPHY and Another. In the Matter of the Petition of FRANK P. WALSH to Enforce an Attorney's Lien. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH GUTTERMAN v. JAMES AUERBACH, a Marshal of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HUGH GALLAHER, as Commander of WILLARD STRAIGHT POST, No. 842, THE AMERICAN LEGION, on Behalf of Said WILLARD STRAIGHT POST, No. 842, THE AMERICAN LEGION, and of All the Members Thereof, against THE AMERICAN LEGION and Others.* — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANK OF YORKTOWN v. N. GOLDBERG & SONS, INC., and Others, Impleaded with HERMAN GOLDBERG.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EILEEN LOUISE TAYLOR HURLEY and HARRY J. TAYLOR for a Determination as to the Construction or Effect of the Disposition of Property, etc., of HARRY N. TAYLOR, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JABURG BROS., INC., v. BURNS & NELLIS FIREPROOF STORAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUIS DOCHTER, as Administrator, etc., v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

TIETJEN & STEFFEN CO., INC., v. HERSHEY CREAMERY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH GUTTERMAN v. JAMES AUERBACH, a Marshal of the City of New York, and Others.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

* See *ante,* p. 604.